UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
TRENT DANSBY,

                    Plaintiff,                        **<u>TRANSFER ORDER</u>**

                                           14-CV-4174 (RRM) (CLP)

        -against-

MARCIPOA COUNTY SHERIFF'S
OFFICE, et al.,

                    Defendants.
------------------------------------------------------x
TRENT DANSBY,

                    Plaintiff,              14-CV-4175 (RRM) (CLP)

        -against-

TEMPE POLICE DEPARTMENT, et al.,

                    Defendants.
------------------------------------------------------x
 ROSLYNN R. MAUSKOPF, United States District Judge.

       On July 1, 2014, plaintiff Trent Dansby, who is presently incarcerated at the Desert Vista

Behavioral Health Center, located in Mesa, Arizona, commenced the instant *pro se* actions

pursuant to 42 U.S.C. § 1983.  The two actions are hereby consolidated solely for purposes of

this order.  In both actions, Dansby alleges a series of constitutional violations including, *inter*

*alia,* false arrest, excessive force, and inadequate medical care, allegedly committed by

defendants who reside in or are deemed to reside in Arizona.

       Under 28 U.S.C. § 1391, a civil rights action may be brought in:

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

Here, the alleged acts or omissions occurred in Arizona. Therefore, the Clerk of Court is hereby directed to transfer this action to the United States District Court for the District of Arizona. 28 U.S.C. §§ 1391(b); 1406(a). No summons shall issue from this Court. Rulings on plaintiff's applications to proceed *in forma pauperis* ("IFP") are reserved for the transferee court. The provision of Rule 83.1 of the Local Rules of the Eastern District of New York requiring a seven day delay is waived.

The Clerk of Court shall mail a copy of this Transfer Order to the *pro se* plaintiff, and close the file in this Court.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
      August 14, 2014

_____
ROSLYNN R. MAUSKOPF
United States District Judge

2